IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE DAVIDSON, | ) | |
| | ) | Civil Action No. 10 – 1742 |
| Petitioner, | ) | |
| | ) | District Judge David S. Cercone |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| THE SUPERINTENDENT OF S.C.I. | ) | |
| MERCER and THE ATTORNEY | ) | |
| GENERAL OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation issued by Chief Magistrate Judge Lisa Pupo Lenihan on September 2, 2013, wherein she recommended that the Petition for Writ of Habeas Corpus be dismissed as moot. The parties were served with the Report and Recommendation and informed that they had until October 10, 2013, to file written objections. As of the date of this order no objections have been filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

AND NOW, this 5Th day of December, 2013,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 3) is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated September 23, 2013 (ECF No. 17) is **ADOPTED** as the opinion of the Court.

1

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

*DS Cercone*

David S. Cercone
United States District Judge

cc: Terrance Davidson
DN7320
801 Butler Pike
Mercer, PA 16137
*(Via First Class Mail)*

Counsel of Record
*(Via ECF Electronic Mail)*